*Wednesday, February 3, 1993*

## DISCIPLINARY DOCKET

92–93.  In re Wuliger.  Pursuant to the provisions of Gov.Bar R. V(5)(D), William T. Wuliger, Attorney Registration No. 0022271, is reinstated to the practice of law in the state of Ohio.